AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KATHERINE FRINK-HAMLETT,
Individually and as Administrator of the Estate of Timothy
Akil Hamlett, (deceased),

  Plaintiff,

### JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV 117-063

BRADFORD HEALTH SERVICES,

  Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on October 19, 2017, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Accordingly,

the Court DISMISSES this case without prejudice and CLOSES this civil action.



October 19, 2017
*Date*

Scott L. Poff
*Clerk*

*Morgan a. akins*

*(By) Deputy Clerk*

GAS Rev 10/1/03